**Order entered March 27, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01075-CR

### FRANCISCO LOPEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 282nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F17-35119-S

## ORDER

Before the Court is appellant's March 25, 2019 motion to extend time to file appellant's brief. By order dated March 19, 2019, we extended the time to file appellant's brief until April 24, 2019. We **DENY AS MOOT** appellant's motion.

/s/     BILL PEDERSEN, III
JUSTICE